People v Coley (2024 NY Slip Op 03293)

People v Coley

2024 NY Slip Op 03293

Decided on June 14, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 14, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., CURRAN, MONTOUR, NOWAK, AND DELCONTE, JJ.

405 KA 23-00738

[*1]THE PEOPLE OF THE STATE OF NEW YORK, APPELLANT,
v
JESSE COLEY, DEFENDANT-RESPONDENT. 

SANDRA DOORLEY, DISTRICT ATTORNEY, ROCHESTER (MARTIN P. MCCARTHY, II, OF COUNSEL), FOR APPELLANT.
JULIE CIANCA, PUBLIC DEFENDER, ROCHESTER, SULLIVAN & CROMWELL LLP, NEW YORK CITY (ZOETH M. FLEGENHEIMER OF COUNSEL), FOR DEFENDANT-RESPONDENT. 

 Appeal from an order of the Monroe County Court (Karen Bailey Turner, J.), entered April 7, 2023. The order granted defendant's motion to vacate his judgment of conviction pursuant to CPL 440.10 (1)(h). 
It is hereby ORDERED that the order so appealed from is unanimously affirmed for reasons stated in the decision at County Court.
Entered: June 14, 2024
Ann Dillon Flynn
Clerk of the Court